No. 11A85. Jason A. Zangara, Applicant v. Somerset Medical Center, et al.

564 U.S. 1062, 132 S. Ct. 65, 180 L. Ed. 2d 933, 2011 U.S. LEXIS 5163.

September 2, 2011. Application for stay, addressed to The Chief Justice and referred to the Court, denied.

No. 11A160 (11-198). Juan Thomas Rojas Nieto, Applicant v. Eric H. Holder, Attorney General.

564 U.S. 1062, 132 S. Ct. 65, 180 L. Ed. 2d 933, 2011 U.S. LEXIS 5170.

September 2, 2011. Application for stay, addressed to Justice Sotomayor and referred to the Court, denied.

No. 10-1084. Corey Ferguson, Petitioner v. United States.

564 U.S. 1062, 132 S. Ct. 65, 180 L. Ed. 2d 933, 2011 U.S. LEXIS 5160.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1038, 131 S. Ct. 3060, 180 L. Ed. 2d 887, 2011 U.S. LEXIS 4845.

No. 10-1280. James Widtfeldt, Petitioner v. Nebraska Equal Opportunity Commission, et al.

564 U.S. 1062, 132 S. Ct. 65, 180 L. Ed. 2d 933, 2011 U.S. LEXIS 5179.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1020, 131 S. Ct. 3032, 180 L. Ed. 2d 847, 2011 U.S. LEXIS 4730.

No. 10-1301. Harriston Lee Bass, Jr., Petitioner v. Nevada.

564 U.S. 1062, 132 S. Ct. 65, 180 L. Ed. 2d 933, 2011 U.S. LEXIS 5154.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1038, 131 S. Ct. 3067, 180 L. Ed. 2d 888, 2011 U.S. LEXIS 4860.

No. 10-6370. In re Edward Starling, Petitioner.

564 U.S. 1062, 132 S. Ct. 65, 180 L. Ed. 2d 933, 2011 U.S. LEXIS 5176.

September 2, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1177, 131 S. Ct. 998, 178 L. Ed. 2d 857, 2011 U.S. LEXIS 621.

No. 10-9793. Maeguerita Quire, Petitioner v. Florida.

564 U.S. 1062, 132 S. Ct. 65, 180 L. Ed. 2d 933, 2011 U.S. LEXIS 5167.

September 2, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1036, 131 S. Ct. 2964, 180 L. Ed. 2d 252, 2011 U.S. LEXIS 4197.

No. 10-9843. Melvin Centeno, Petitioner v. Marcus Hardy, Warden.

564 U.S. 1062, 132 S. Ct. 66, 180 L. Ed. 2d 933, 2011 U.S. LEXIS 5173.

September 2, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1012, 131 S. Ct. 2911, 179 L. Ed. 2d 1254, 2011 U.S. LEXIS 3996.